IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| BOBBY BRIAN BROWNING | § | |
| VS. | § | CIVIL ACTION NO. 1:05cv488 |
| NAPHCARE MEDICAL CONTRACTOR, ET AL. | § | |

## FINAL JUDGMENT

This action came on before the Court, Honorable Thad Heartfield, District Judge, presiding, and, the issues having been duly considered and a decision having been duly rendered, it is

**ORDERED** and **ADJUDGED** that this civil rights action is **DISMISSED** without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). All motions not previously ruled on are hereby **DENIED**.

**SIGNED** this the 16 day of **November, 2005.**

_____
Thad Heartfield
United States District Judge